# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall Ryan Ford,<br><br>  Plaintiff,<br><br>  v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:22-cv-06510-ADS<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of EIGHT HUNDRED EIGHTY-ONE DOLLARS AND 06/100 ($881.06) as authorized by 28 U.S.C. § 2412 and costs in the amount of zero dollars ($0.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: July 28, 2023              /s/ Autumn D. Spaeth
                                 HON. AUTUMN D. SPAETH
                                 UNITED STATES MAGISTRATE JUDGE